UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Malunda David Gilberto Destino</u>

      v.                                       Civil No. 1:25-cv-374-SE-AJ

<u>FCI Berlin, Warden, et al.</u>

O R D E R

     Malunda David Gilberto Destino filed a petition for a writ of habeas corpus on September 28, 2025, contesting his detention and requesting, inter alia, a bond hearing. <u>See</u> doc. no. 1. On December 24, 2025, this court granted the petition under the Due Process Clause of the Fifth Amendment and ordered the respondents to provide Destino with a constitutionally adequate bond hearing before an IJ as soon as practicable. Doc. no. 10; <u>see also</u> Destino v. FCI Berlin, No. 1:25-cv-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025).

     If the petitioner has subsequently been released on bond, the parties are directed to show cause on or before January 21, 2026, as to why the court should not dismiss the petition as moot. If he has not yet been released or afforded a bond hearing, the parties are directed to provide the court with a status report on or before the same date.

     SO ORDERED.

                                                         Samantha D. Elliott
                                                         United States District Judge

January 14, 2026

cc:     Counsel of record.